**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7426**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RICARDO BERNARD SMITH,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  James C. Cacheris, District
Judge.  (CR-89-372, CA-97-795-AM)

———————

Submitted:  January 15, 1998        Decided:  January 28, 1998

———————

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ricardo Bernard Smith, Appellant Pro Se.  Robert Clifford Chesnut,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and motion under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Smith, Nos. CR-89-372; CA-97-795-AM (E.D. Va. Sept. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2